1  BRIAN J. STRETCH, CSBN 163973
   United States Attorney
2  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   CHANTAL R. JENKINS, SBN PA 307531
4  Special Assistant United States Attorney
           160 Spear Street, Suite 800
5          San Francisco, California 94105
           Telephone: (415) 977-8931
6          Facsimile: (415) 744-0134
           E-Mail: Chantal.Jenkins@ssa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA MARIE RANKIN, ) | CIVIL NO. 4:15-cv-05170-KAW |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER FOR THE AWARD AND |
| vs. ) | PAYMENT OF ATTORNEY FEES AND |
| ) | EXPENSES PURSUANT TO THE |
| NANCY A. BERRYHILL,[1] ) | EQUAL ACCESS TO JUSTICE ACT, 28 |
| Acting Commissioner of ) | U.S.C. § 2412(d) |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

subject to the approval of the Court, that Trisha Marie Rankin be awarded attorney fees in the amount

of seven thousand, two hundred and seventy-one dollars and eighty-eight cents ($7,271.88) under the

Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Trisha Marie Rankin, the government will consider the matter of Trisha Marie Rankin's assignment of EAJA fees to Brian Barboza. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Trisha Marie Rankin, but if the Department of the Treasury determines that Trisha Marie Rankin does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Brian Barboza, pursuant to the assignment executed by Trisha Marie Rankin. Any payments made shall be delivered to Brian Barboza.

This stipulation constitutes a compromise settlement of Trisha Marie Rankin's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Trisha Marie Rankin and/or Brian Barboza and his firm may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Dated: May 30, 2017            */s/ Brian Barboza*
Brian Barboza

|  |  |
|---|---|
| | Attorney for Plaintiff |
| | BRIAN J. STRETCH<br>United States Attorney |
| Dated: May 30, 2017 | By *s/ Chantal R. Jenkins*<br>Chantal R. Jenkins<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/31/17                    _____
                                                                HON. KANDIS A. WESTMORE
                                                                UNITED STATE MAGISTRATE JUDGE